WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel J. DeRienzo,<br><br>                    Plaintiff,<br><br>v.<br><br>Yavapai County, et al.,<br><br>                    Defendants. | NO. CIV-05-3088-PCT-SMM<br><br>**ORDER** |

On October 4, 2005, Plaintiff filed with the Court a Complaint initiating this matter. (Dkt. 1.) Upon consideration of the Complaint, the Court finds that it is defective on its face for failure to comply with the Federal Rules of Civil Procedure, and accordingly will be dismissed *sua sponte* with leave to refile.

Specifically, Fed. R. Civ. P. 8(a) and (e) provide that each pleading shall be simple, concise and direct, with a short and plain statement of relevant claims. While brevity is required, it is not enough to simply allege that a wrong has been committed and demand relief. Rather, the underlying requirement is that a pleading give "fair notice" of the claim being asserted and the "grounds upon which it rests." Conley v. Gibson, 355 U.S. 41, 47-48 (1957).

In the present case, after review of Plaintiff's Complaint, the Court finds it in violation of Fed. R. Civ. P. 8(a) and (e). The Complaint at issue here is an unfocused

1 and rambling journey of the circumstances that allegedly give rise to Plaintiff's action
2 without any specification of the claims Plaintiff asserts against Defendants or the
3 elements of such claims.  Moreover, it fails to delineate any specific claims, and thus
4 lacks sufficient information to outline the elements of any claim or permit inferences to
5 be drawn that such elements exist.  Because the Complaint fails to provide sufficient
6 notice of the claims upon which Plaintiff seeks relief and the material elements necessary
7 for any such claims, the Court will dismiss the Complaint *sua sponte* with leave to refile
8 an amended complaint.  See Johnson Enterprises of Jacksonville, Inc. v. FPL Group,
9 Inc., 162 F.3d 1290, 1332 n. 94 (11th Cir. 1998) (district courts have inherent authority
10 *sua sponte* to demand that a party replead its pleadings to conform to the requirements of
11 Rule 8(a)).

12     In amending his Complaint, Plaintiff shall specify and separately delineate each
13 cause of action with a brief description of the basis thereof.  In addition,  Plaintiff is
14 reminded that the general allegation of conspiracy is lacking and without support or
15 citation.

16     Plaintiff will be granted until Friday, August 11, 2006, to amend his Complaint to
17 comply with the Federal Rules of Civil Procedure, and to file such amended complaint
18 with the Court.

19     Accordingly,

20     **IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed without
21 prejudice, with leave to refile.

22     **IT IS FURTHER ORDERED** that Plaintiff shall have up to and including
23 Friday, August 11, 2006, to file an amended complaint with the Court.

24     / / /
25     / / /
26     / / /

**IT IS FURTHER ORDERED DENYING** as **MOOT** Defendants' Motion to Dismiss. (Dkt. 7.)

DATED this 7th day of July, 2006.

Stephen M. McNamee
United States District Judge